DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CLIFTON A. BATCHELDER,<br>Defendant. | **2:05-CR-00045-GEB**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL APPEARANCE<br><br>DATE: August 26 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff, United States of America, by and through Assistant United States Attorney Cameron Desmond and defendant, by and through defendant's counsel David W. Dratman, hereby stipulate as follows:

1. That the defendant's initial appearance on the Petition for Violation of Supervised Release be continued from August 26, 2016 at 2:00 p.m. to September 1, 2016 at 2:00 p.m. before the U.S. Magistrate Judge on duty, based upon defense counsel's representation that he cannot be present at the currently scheduled appearance; and, that Shari R. Simon, Senior United States Probation Officer has stated that she has no objection to this continuance

IT IS SO STIPULATED.

///

//

//

Dated: August 24, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

Dated: August 24, 2016

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Attorney for Defendant
CLIFTON A. BATCHELDER

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: August 25, 2016

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE