DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **2:05-CR-00045 GEB** |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| CLIFTON A. BATCHELDER, | DATE:  November 4, 2016 |
| Defendant. | TIME:   9:00 a.m. |
| | COURT:  Hon. Garland E. Burrell, Jr. |

The parties stipulate that the status conference set for November 4, 2016 at 9:00 a.m. be continued to January 20, 2017 at 9:00 a.m.

Dated:  November 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney
/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

Dated:  November 1, 2016

/S/ DAVID W. DRATMAN
DAVID W. DRATMAN
Attorney for Defendant
CLIFTON A BATCHELDER

IT IS SO ORDERED.
Dated:  November 1, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE