DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>CLIFTON A. BATCHELDER,<br><br>              Defendant. | **2:05-CR-00045-GEB**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

The parties stipulate that the status conference set for March 17, 2017 at 9:00 a.m. be continued to April 28, 2017 at 9:00 a.m.

Dated:  March 15, 2017                                    PHILLIP A. TALBERT
                                                                              Acting United States Attorney

                                                                              /s/ CAMERON DESMOND
                                                                              CAMERON DESMOND
                                                                              Assistant United States Attorney


Dated: March 15, 2017                                     /s/ DAVID W. DRATMAN
                                                                              DAVID W. DRATMAN
                                                                              Attorney for Defendant
                                                                              CLIFTON A. BATCHELDER

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: March 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE