DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CLIFTON A. BATCHELDER,<br><br>                Defendant. | **2:05-CR-00045-GEB**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

The parties stipulate that the status conference set for April 28, 2017 at 9:00 a.m. be continued to June 2, 2017 at 9:00 a.m.

Dated:  April 25, 2017                                          PHILLIP A. TALBERT
                                                                     Acting United States Attorney

                                                                     /s/ CAMERON DESMOND
                                                                     CAMERON DESMOND
                                                                     Assistant United States Attorney

Dated: April 25, 2017                                          /s/ DAVID W. DRATMAN
                                                                     DAVID W. DRATMAN
                                                                     Attorney for Defendant
                                                                     CLIFTON A. BATCHELDER

**ORDER**

IT IS SO ORDERED.

Dated: April 26, 2017

_____
HONORABLE GARLAND E. BURRELL, JR, United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE