PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00045-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: June 2, 2017 |
| CLIFTON A. BATCHELDER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, the offender, by and through his counsel of record, and the United States Probation Office hereby stipulate that the status conference set for June 2, 2017 be continued to June 30, 2017.

Dated: May 31, 2017                    PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
                                                   Assistant United States Attorney

Dated: May 31, 2017                    /s/ DAVID W. DRATMAN
                                                   DAVID W. DRATMAN
                                                   Counsel for Defendant
                                                   CLIFTON A. BATCHELDER

**ORDER**

IT IS SO FOUND AND ORDERED .

Dated: June 1, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge