DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>    v.<br><br>CLIFTON A. BATCHELDER,<br><br>                   Defendant. | **2:05-CR-00045-GEB**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

The parties stipulate that the sentencing hearing set for October 20, 2017 at 9:00 a.m. be continued to January 19, 2018 at 9:00 a.m.

Dated: October 16, 2017                    PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ CAMERON DESMOND
                                                 CAMERON DESMOND
                                                 Assistant United States Attorney

Dated: October 16, 2017                    /s/ DAVID W. DRATMAN
                                                 DAVID W. DRATMAN
                                                 Attorney for Defendant
                                                 CLIFTON A. BATCHELDER

**ORDER**

IT IS SO ORDERED.
Dated: October 18, 2017

                                                 _____
                                                 GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING