DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CLIFTON A. BATCHELDER,

          Defendant.

2:05-CR-00045-GEB

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING

The parties stipulate that the sentencing hearing set for January 19, 2018 at 9:00 a.m. be continued to March 23, 2018 at 9:00 a.m.

Dated: January 16, 2018

    McGREGOR W. SCOTT
    United States Attorney

    /s/ CAMERON DESMOND
    CAMERON DESMOND
    Assistant United States Attorney

Dated: January 16, 2018

    /s/ DAVID W. DRATMAN
    DAVID W. DRATMAN
    Attorney for Defendant
    CLIFTON A. BATCHELDER

**ORDER**

IT IS SO ORDERED.

Dated: January 17, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge