DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
CLIFTON A. BATCHELDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **2:05-CR-00045-GEB** |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| CLIFTON A. BATCHELDER, | |
| Defendant. | |

The parties stipulate that the sentencing hearing set for March 23, 2018 at 9:00 a.m. be continued to May 18, 2018 at 9:00 a.m.

Dated: March 21, 2018         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ CAMERON DESMOND
                              CAMERON DESMOND
                              Assistant United States Attorney

Dated: March 21, 2018         /s/ DAVID W. DRATMAN
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              CLIFTON A. BATCHELDER

**ORDER**

IT IS SO ORDERED.
Dated: March 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING